■ In the Matter of SHIRLEY ROY et al., Appellants.—Order unanimously affirmed, without costs. Memorandum: We find no constitutional issue presented in this appeal and we affirm the order on the decision at Family Court, Schneider, J. (Appeal from order of Onondaga County Family Court—neglect.) Present—Dillon, P. J., Simons, Hancock, Jr., Doerr and Moule, JJ.